FILED

JUL - 9 2008

RICHARD W. WEKING
CLERK, U.S. DISTRICT COURT
THERN DISTRICT OF CALIFORNIA

E-filing

WHA

(PR)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RICK P. SMITH )    CV 08   3313
)
Plaintiff, )    CASE NO. _____
)
vs. )    PRISONER'S
)    APPLICATION TO PROCEED
ROBERT L. AYERS, JR )    IN FORMA PAUPERIS
)
ET AL          Defendant. )
_____)

I, _____, declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  IMPRISONED SINCE 11-5-05

5  APPROX. $800.00 MO.  S.S.I.

6

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or                    Yes ___ No X

10           self employment

11     b.    Income from stocks, bonds,                  Yes ___ No X

12           or royalties?

13     c.    Rent payments?                              Yes ___ No X

14     d.    Pensions, annuities, or                     Yes ___ No X

15           life insurance payments?

16     e.    Federal or State welfare payments,          Yes ___ No X

17           Social Security or other govern-

18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                             Yes ___ No X

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $ _____ Net $ _____

28  4.      a.    List amount you contribute to your spouse's support:$ _____

1        b.     List the persons other than your spouse who are dependent upon you for

2             support and indicate how much you contribute toward their support. (NOTE:

3             For minor children, list only their initials and ages. DO NOT INCLUDE

4             THEIR NAMES.).

5

6

7   5.     Do you own or are you buying a home?        Yes ___ No _X_

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.     Do you own an automobile?          Yes ___ No _X_

10   Make _____ Year _____ Model _____

11   Is it financed? Yes ___ No ___ If so, Total due: $_____

12   Monthly Payment: $_____

13   7.     Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15

16   Present balance(s): $_____

17   Do you own any cash? Yes ___ No _X_ Amount: $_____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ___ No _X_

20

21   8.     What are your monthly expenses?

22   Rent: $ ___0___ Utilities: ___0___

23   Food: $ ___0___ Clothing: ___0___

24   Charge Accounts:

25   Name of Account     Monthly Payment     Total Owed on This Acct.

26   NONE    $_____   $_____

27   _____ $_____   $_____

28   _____ $_____   $_____ 9. Do

1    you have any other debts? (List current obligations, indicating amounts and to whom they are

2    payable. Do not include account numbers.)

3    NONE

4

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?   Yes _____ No X

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9

10

11        I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    6-28-08

17    DATE                          SIGNATURE OF APPLICANT

18    ENCLOSED TRUST ACCOUNT WITHDRAWAL

19    ORDER DATED 6-1-8

20    ALSO CERTIFICATE OF FUNDS SENT BACK

21    UNSIGNED

22    ALSO C.D.C. TRUST ACCOUNT DISPLAY

23

24

25

26

27

28

1

2                                     Case Number: _____

3

4

5

6

7

8                         **CERTIFICATE OF FUNDS**

9                                         **IN**

10                        **PRISONER'S ACCOUNT**

11                        T-98778

12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of ~~LICK SMITH~~ for the last six months

14   ~~_____~~ where (s)he is confined.
                              [prisoner name]
                    [name of institution]

15        I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

18

19   Dated:_____          _____
                                     [Authorized officer of the institution]
20

21    SAN QUENTIN

22
      ~~_____~~  S DONNER 31
23

24    THIS WAS SENT BACK 6-9-8 AND IM

25    SENDING IT TO YOU AS PROOF S.Q

26    HIDDERS EFFORTS TO PURSUE MY LEGAL

27    CLAIMS AND ACCESS TO THE COURTS.

28
                                 RICK SMITH
                                   6-9-8

                          - 5 -

```
TS210B                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                             ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION -------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  T98778
   ACCOUNT NAME:  SMITH, RICKY  PAUL
   ACCOUNT TYPE:  I
CURRENT BALANCE:        0.00
   HOLD BALANCE:        0.00
ENCUM. BALANCE:        0.00
     AVAILABLE:        0.00
PRIVILEGE GROUP:  D
   LAST CANTEEN:

--------- HOUSING LOCATION ---------    --------- ARRIVAL INFORMATION ----------

       FACILITY:  SQ   RC                  ARRIVAL DATE:  05/27/2008
BED/CELL NUMBER:  D 5 00000000031L       ARRIVAL STATUS:  PERM
                                          FROM LOCATION:  SQ
                                         ARRIVAL COMMENT:

 TS210BA              BEGINNING DATE FOR TRANSACTION DISPLAY:    /  /
No Account Activity for this period. Enter date or press a function key.
```

STATE OF CALIFORNIA
CDC - 193 (1/88)

JUN 0 4 2008    DEPARTMENT OF CORRECTIONS

## TRUST ACCOUNT WITHDRAWAL ORDER

Date $6 - 1$ 20 $08$

To: Warden                    Approved ..............................................

I hereby request that my Trust Account be charged $ $350.00$ for the purpose stated below and authorize
the withdrawal of that sum from my account:

$T-98778$

_____
NUMBER

$SMITH$

_____
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested
(do not use this form for Canteen or Hobby purchase).

PURPOSE $42 U.S.C 8 1983$

$YOU HAVE A ZERO BALANCE$

PRINT PLAINLY BELOW name and address of person
to whom check is to be mailed.

NAME $U.S. DISTRICT COURT$

ADDRESS $450 GOLDEN$

$GATE AV.$

$S.F., CA. 94102$

$RICK SMITH$
PRINT YOUR FULL NAME HERE