IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK P. SMTIH, | No. C 08-3313 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ROBERT L. AYERS, et al., | |
| Defendants. | |

This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that his application to proceed in forma pauperis ("IFP") was deficient because he had failed to complete page five of the application, the "Certificate of Funds in Inmate Account." Plaintiff was informed that the case would be dismissed if he did not either pay the fee or remedy the IFP deficiency within thirty days. No response has been received.

Leave to proceed in forma pauperis (document number 2 on the docket) is **DENIED**. This case is **DISMISSED** without prejudice. *See* Fed. R.Civ.P. 41(b). The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August   22  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\SMITH3313.IFP-DSM.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RICKY P SMITH,

          Plaintiff,

  v.

ROBERT L AYERS JR et al,

          Defendant.
                                          /

Case Number: CV08-03313 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Rick P. Smith
T-98778
San Quentin State Prison
San Quentin, CA 94974

Dated: August 25, 2008

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk