IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK P. SMTIH,                                              No. C 08-3313 WHA (PR)

        Plaintiff,                                      **JUDGMENT**

  v.

ROBERT L. AYERS, et al.,

        Defendants.
                                 /

        The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

        **IT IS SO ORDERED.**

Dated: August __22__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\SMITH3313.JUD.wpd

United States District Court
For the Northern District of California

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY P SMITH,

        Plaintiff,

  v.

ROBERT L AYERS JR et al,

        Defendant.
_____/

Case Number: CV08-03313 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rick P. Smith
T-98778
San Quentin State Prison
San Quentin, CA 94974

Dated: August 25, 2008

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk