CLERK RICHARD W. WIEKING
U.S. DISTRICT COURT
450 GOLDEN GATE AV.
S.F., CA. 94102                    7-29-8

**FILED**
AUG 2 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAR MR. DICK W. WIEKING,

THIS IS TO ADDRESS THE IN FORMA PAUPERIS APPLICATION WARNING NOTICE OF FAILURE TO SUBMIT CERTIFICATE OF FUNDS IN PRISONERS ACCOUNT SIGNED BY AUTHORIZED OFFICER AT THE PRISON. FOR CASE NO. CV-08-3313 WHA (PR) FILED 7-9-8.

ON 7-12-8 I SENT A CERTIFICATE OF FUNDS TO ACCOUNTING AND ALSO 602'D ACCOUNTING FOR THE FORM TO BE SIGNED AND RETURNED.

ON 7-24-8 I ALSO SENT A CERTIFICATE OF FUNDS TO D.A. DACANAY, ASSOCIATE WARDEN, WITH A 602 FOR NO STATE FUND ENVELOPES, WHICH STOPPED AGAIN ON 7-8-9 AND IF I DID NOT HAVE ENVELOPE FROM PRISON FOCUS, I WOULD NOT BE ABLE TO RESPOND TO YOU AT ALL.

I AM REQUESTING YOU 1 GIVE MORE TIME TO THIRTY DAYS FILING NOTICE, 2 FORCE SAN QUENTIN ACCOUNTING AND ASSOCIATE WARDEN D.A. DACANAY TO COMPLY WITH MY ACCESS TO COURTS, U.S.C.A. 14 RIGHTS IN SENDING YOU THE SIGNED

CERTIFICATE OF FUNDS AND TO GIVE ME ENVELOPES TO MAIL THE LEGAL DOCUMENTS, AND 3 PAPER TO PREPARE LEGAL DOCUMENTS FOR THE COURTS.

I AM ALSO BEING DENIED DELIVERY OF LEGAL MAIL BY C/O CUTLIFF, ON 7-28-8 602\10 HIM FOR HIS ACTIONS.

I AM ALSO BEING DENIED ACCESS TO PRISON LAW LIBRARY AND LAW LIBRARY MATERIAL AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF DEFENDANTS UNLESS THE COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF, WHICH PLAINTIFF SEEKS.

PRELIMINARY AND PERMANENT INJUNCTION WHICH PROHIBITS AND REQUIRES THAT DEFENDANTS CEASE HARASSMENT, RETALIATION AND REPRISALS IN PLAINTIFF'S COURT LITIGATION.

DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT THIS 29th DAY OF JULY, 2008 IN MARIN COUNTY, CALIFORNIA.

*Rick P. Smith*
RICK P. SMITH T-98778
IN PRO SE

DEAR MR. RICHARD W. WIEKING,
THE ENCLOSED LETTER WAS FIRST MAILED ON 7-29-8 AND RETURNED ON 8-4-8. C/O'S M. COOK, ZAITHOFF, ALVEREZ, STEELE, SWEET, RUPLEY, JEONG, VIZCARRA, OGLEON, HILL AND GAYNOR HAVE NOT BEEN TAKING MY MAIL AND RETURNING IT TO ME OPEN. ON 8-7-8 I REPORTED REPORT THIS TO THE U.S. POSTAL INSPECTION SERVICE CRIMINAL INVESTIGATIONS, 222 S. RIVERSIDE PLAZA, STE. 1250 CHICAGO, ILL. 60606-6100, THE LETTER WAS THROWN AWAY BY C/O STEELE. INMATES MUST BE PROVIDED PEN AND PAPER TO DRAFT LEGAL DOCUMENTS AND STAMPS TO MAIL THEM. LEWIS V. CASEY, 518 U.S. 343, 116 S. CT 2174 (1983). I'M REQUESTING YOU INFORM F.B.I. DEPT. OF JUSTICE, 9th & PENN. AV. N.W. WASH. D.C. 20535 (202) 324-3000 GOVERNORS OFFICE STATE CAPITOL, 1st FL. SAC. CA 95814 AND OFFICE OF ADMINISTRATIVE LAW, 300 CAPITOL MAL #1250 SAC., CA 95814 (916) 323-6225 AS MY INDIGENT ENVELOPES HAVE ALSO BEEN STOPPED  SMITH 8-20-8

RICK SMITH T-99778
S.Q.S.P. D-S31
SAN QUENTIN, CA.
94974

RETURNED FOR POSTAGE
Place Stamp Here
N.S.F.

b. 31L
~~California Prison Focus~~
~~1904 Franklin Street, Suite 507~~
~~Oakland, CA 94612~~

RET'URNED
8-19

CLERK RICHARD W. WIEKING
U.S. DISTRICT COURT
450 GOLDEN GATE AV.
S.F., CA. 94102

RICK SMITH T-98778
S.Q.S.P. D-531
SAN QUENTIN, CA.
94974



U.S. DISTRICT COURT
~~harvest greg laurie~~
~~P.O. Box 1035~~
~~[illegible]~~
450 GOLDEN GATE AV.
S.F., CA. 94102

